UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAVERNE LOCK,

          Plaintiff(s),

CASE NUMBER: 05-73474

HONORABLE SEAN F. COX

v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant(s).
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

On December 20, 2006, Magistrate Judge Mona K. Majzoub submitted a Report and Recommendation **[Doc. 16]** recommending that the Court grant Defendant's Motion for Summary Judgment. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, GRANTS Defendant's Motion for Summary Judgment.

    **IT IS SO ORDERED.**

                                              S/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: January 26, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record and the Social Security Administration on January 26, 2007, by electronic and/or ordinary mail.

                                                S/Jennifer Hernandez
                                              Case Manager